# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 07-cv-00842-REB-CBS

PLATTE RIVER INDUSTRIES, INC., a Colorado nonprofit corporation,

    Plaintiff,

v.

COMMITTEE FOR PURCHASE FROM PEOPLE WHO ARE BLIND OR SEVERELY DISABLED, an agency of the United States of America,

    Defendant.

## MINUTE ORDER[1]

    The matter comes before the court on the **Opposed Motion for Preliminary Injunction** [#2], filed April 25, 2007. The motion is **STRICKEN** for failure to comply with REB Civ. Practice Standards II.E.1 and V.B.1.

Dated: April 25, 2007

-----

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.