**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 07-cv-00842-REB-CBS

PLATTE RIVER INDUSTRIES, INC., a Colorado nonprofit corporation,

    Plaintiff,

v.

COMMITTEE FOR PURCHASE FROM PEOPLE WHO ARE BLIND OR SEVERELY DISABLED, an agency of the United States of America,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter comes before the court on the **Unopposed Motion To Withdraw Plaintiff's Motion For Preliminary Injunction** [#16], filed March 12, 2008. The motion is **GRANTED**. Plaintiff's **Opposed Motion For Preliminary Injunction** [#4], filed April 26, 2007, is **WITHDRAWN**, and the preliminary injunction hearing set for March 24, 2008, is **VACATED**.

    Dated: March 13, 2008

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.